M. W. ZACK METAL COMPANY, Respondent, v. FEDERAL INSURANCE COMPANY, Appellant

Concur — Eager, J. P, Steuer, Tilzer, McNally and McGivern, JJ.